# In the United States Court of Federal Claims

No. 04-710C
Filed: January 12, 2007

***********************************
JOHN FILOSA and SUSAN KEMBLE, on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
***********************************

## AMENDED SCHEDULING ORDER

The court, hereby, orders the following amended schedule:

1. Discovery

Discovery will close on July 31, 2007.

2. Dispositive Motions

The deadline for filing dispositive motions is October 29, 2007.

3. Scheduling Conference

A telephone scheduling conference will be held on October 29, 2007 at 2 p.m. to determine the briefing schedule for dispositive motions.

4. Pretrial Conference

A pretrial conference will be held Tuesday, November 20, 2007 at 2 p.m.

5. Trial

A trial will be held during the week of December 3-7, 2007, beginning at 10:00 a.m. on Monday, December 3, 2007. The trial will be held at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

s/Susan Braden
**SUSAN G. BRADEN**
**Judge**