IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN FILOSA and SUSAN KEMBLE, on their own behalf and on behalf of all others similarly situated | ) | |
| Plaintiff(s), | ) | No. 04-710C (Judge Braden) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert C. Bigler, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Robert C. Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202)307-0315
Fax: (202)514-8624
E-mail: Robert.Bigler@usdoj.gov

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: March 20, 2007

s/ Robert C. Bigler
Robert C. Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF FILING

I hereby certify that on this 20th day of March, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler