# In the United States Court of Federal Claims

No. 04-710C

Filed: May 10, 2007

| | |
|---|---|
| JOHN FILOSA and SUSAN KEMBLE, on their own behalf and on behalf of all others similarly situated, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |

**ORDER**

The form of Notice proposed by the parties and attached to this Order is, hereby, approved. Such Notice shall be (a) mailed by first class mail, postage prepaid to the last known address of all known nurses employed by the Veterans Health Administration ("VHA") after April 24, 1998 and were requested or required to field after-hours phone calls or electronic pages within 30 days of entry of this Order. Plaintiffs' counsel shall be responsible for mailing the Notice, and Plaintiffs' Counsel shall file an affidavit attesting to the mailing of the Notice with the court.

The form and manner of delivery of the Notice directed hereby meet the requirements of Rule 23(c)(2) of the Rules of the Court of Federal Claims and due process, constitute the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all prospective class members.

**IT IS SO ORDERED.**

s/Susan G. Braden

**SUSAN G. BRADEN**

**Judge**