UNITED STATES COURT OF CLAIMS
Docket No. 04-710C: FILOSA v. THE UNITED STATES

**Official Notice of Pendency of Class Action**

**Concerning**

**Your Right to Join A Lawsuit Seeking to Recover On-Call Pay That The VHA May Owe You**

TO: ANYONE WHO AS A NURSE EMPLOYED BY THE VETERANS HEALTH ADMINISTRATION AFTER APRIL 24, 1998 WAS REQUESTED OR REQUIRED TO FIELD AFTER-HOUR CALLS AND/OR ELECTRONIC PAGES AND DID NOT RECEIVE ON-CALL PAY.

Please read this carefully as it may affect your rights.

A lawsuit has been certified to proceed as a class action against the United States/ the Veterans Health Administration on behalf of all persons who were employed as nurses by the VHA after April 24, 1998 and who were requested or required to field after-hour calls and/or electronic pages. The lawsuit alleges that such nurses were not paid "additional pay" – 15% of the hourly pay rate – even though they were required to be available on call outside of regular working hours. The lawsuit asserts that, in some instances, nurses were required to be on-call all hours of days and nights and often weekends. The named plaintiffs, John Filosa and Susan Kemble, are nurses who worked at the Hudson Valley VA Health Care System-Castle Point Campus and the Hudson Valley VA Health Care System-FDR Montrose Campus

If you were such a nurse[1] and you did not receive additional pay for your on-call and wish to seek recovery of that pay, under the Court's rules you need to "opt-into" the case and join it by returning the enclosed postage paid "Opt-In Form."

## I. Why Did I Get This Notice In The Mail and How Can I Join?

[1] Nurse is defined as a registered, licensed practical or vocational nurse.

If you received this Notice in the mail, it means that VHA records show that you were a nurse at a VHA facility where additional on-call pay was not paid even though it appears nurses were required to field after-hour calls and/or electronic pages. You can join the lawsuit by returning the card that was enclosed in the mail envelope or (1) sending a statement to the lawyers listed below in the form on the last page of this notice, (2) by downloading a form from www.lockslaw.com/Filosa, or (3) by calling 212-838-3333 and asking for a consent form to be faxed or mailed to you.

## II. What If I Did Not Receive This Notice By Mail and How Can I Join?

If you received this Notice by a means other than by mail, you could still be in a position to join the class if you believe you were a VHA nurse and required to field after-hour calls and/or electronic pages after regular working hours and were not paid additional pay of 15%. You can join by (1) sending a statement to the lawyers listed below in the form on the last page of this notice, (2) by downloading a form from www.lockslaw.com/Filosa, or (3) by calling 212-838-3333 and asking for a consent form to be faxed or mailed to you.

## III. Do I Receive Money If I Join?

The United States denies that it owes any additional on-call pay under the laws at issue (38 U.S.C. § 7453(h)). The lawsuit will determine who is correct – the United States or the plaintiffs, including you, if you join. In order to obtain anything from this lawsuit, you must join.

## IV. How Much Might I Be Owed?

The amount you may be owed will most likely depend on how many hours you had to field after-hour calls and/or electronic pages after regular working hours. The amount at issue is 15% of what was your regular hourly pay, plus interest. The amount you may ultimately receive will, however, be determined by the Court, whether the case is tried to a judgment or settled.

## V. What Happens If I Join?

If you join, the plaintiffs in the case and the lawyers listed below will represent you and work with you to try to obtain the pay you may be owed. If you join, your rights to any money will be determined by the Court. You will be bound by the Court's judgment, whether it is favorable or unfavorable to you. In addition, you should know that the Court will ensure that your joining the lawsuit will not, in any way, be held against you by the

VHA.

## VI. And If I Do Not Join?

If you do not join, you will not be affected by any judgment or settlement rendered in the case – whether it is favorable or unfavorable. If you do not join, the statute of limitations on your claim may run and you may lose some of your rights if you do not act now. You may, however, enter an appearance through your own attorney if you so desire. If you chose not to join or to enter an appearance through your own counsel, you will not be entitled to share in any amounts recovered by the class.

## VII. Who Are the Lawyers and Will I Owe Them Anything?

The Court has appointed The Locks Law Firm, PLLC (110 East 55th Street, New York, New York 10022) to represent the class. Information about the firm and this case can be obtained from www.lockslaw.com/Filosa.

The lawyers are representing the class on a contingency basis. They will not get paid unless and until they obtain money for the class. The amount they will get paid out of any recovery or in any settlement will be determined by the Court.

## VIII. How Can I Get More Information?

Additional information can be obtained from www.lockslaw.com/Filosa or from the Locks Law Firm, 110 East 55th Street, New York, New York 10022, 212-838-3333. The Court file in the case can also be examined in person at 717 Madison Place, NW, Washington D.C. 20005 [courthouse address]. Aside from in-person requests to examine the file made at the Clerk's Office at the Courthouse, no inquiries concerning this case should be directed to the Court or to the Clerk of the Court.

The Notice has been ordered by the Court, Susan Braden, Judge

This Notice is not an expression by the Court of any opinion concerning the alleged claims. This Notice simply informs you of the pendency of this litigation and your rights to join it.