IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN FILOSA and SUSAN KEMBLE, on their own behalf and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | 04-710C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFFS' AND DEFENDANT'S JOINT
MOTION FOR MODIFICATION OF DISCOVERY SCHEDULE

Pursuant to Rule 6(b) and Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), the parties respectfully requests the Court modify the discovery deadlines ("discovery deadlines") established by the Court's January 12, 2007 scheduling order. The proposed schedule modifications are set forth below. This is the parties' first joint motion for this purpose.[1]

---

[1] The original schedule established by the Court's order dated January 18, 2005 has been modified pursuant to three unopposed motions by plaintiffs (one of which did not seek the enlargement of all deadlines) and three unopposed motions by defendant, (one of which did not seek the enlargement of non-discovery deadlines). These motions were necessary because of: (1) the delays inherent in conducting nation-wide class certification discovery; (2) unanticipated delays in completing class certification discovery; and (3) difficulties in accommodating the schedules of third-party witnesses for depositions. In addition, the Court previously enlarged various discovery deadlines in orders dated July 26, 2006 and January 12, 2007.

This motion is necessary because pursuant to the class notification procedures, plaintiffs have identified an additional ten to fifteen new plaintiffs that would like to be added to the action. In addition, new defense counsel was assigned to this matter in March 2007, when previous defense counsel, Gregory Jaeger, left the Department of Justice. As a result, defendant's new counsel required time to review the file and issues involved. As of the date of this motion, defendant has yet to take any discovery in this matter. Furthermore, while plaintiff has completed some class-certification related discovery, plaintiffs intend to conduct additional discovery in preparation for trial. The requested enlargement should provide the parties time to complete fact and expert discovery.

The parties, therefore, proposes the following modified schedule:

| | |
|---|---|
| Fact Discovery Cut-Off | December 21, 2007 |
| Dispositive Motions Due and Close of All Discovery | June 27, 2008 |

Accordingly, the parties respectfully request that the Court grant this joint motion to modify the discovery deadlines in this case in accordance with the above schedule and that all subsequent dates be enlarged as well.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-0315

Attorneys for Defendant

s/ Fran L. Rudich
FRAN L. RUDICH
SETH LESSER
Locks Law Firm, PLLC
110 East 55th Street
New York, New York 10022
(212) 838-3333

Attorneys for Plaintiffs

July 31, 2007

CERTIFICATE OF FILING

I hereby certify that on this 31st day of July 2007, a copy of the foregoing "PLAINTIFFS' AND DEFENDANT'S JOINT MOTION FOR MODIFICATION OF DISCOVERY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

s/ Robert C. Bigler