# In the United States Court of Federal Claims

No. 04-710C
Filed: August 7, 2007

***********************************

JOHN FILOSA and SUSAN KEMBLE, on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

***********************************

**AMENDED SCHEDULING ORDER**

The parties' Joint Motion for Modification of the discovery schedule is, hereby, granted in part. The January 12, 2007 Amended Scheduling order is amended as follows:

Discovery

Discovery will close on October 29, 2007.

**IT IS SO ORDERED.**

s/Susan Braden
**SUSAN G. BRADEN**
**Judge**