# In the United States Court of Federal Claims

No. 04-710C
Filed: October 29, 2007

| | |
|---|---|
| JOHN FILOSA and SUSAN KEMBLE, on their own behalf and on behalf of all others similarly situated, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## AMENDED SCHEDULING ORDER

Plaintiffs' and Defendant's October 25, 2007 Joint Motion For Modification of Discovery Schedule is hereby **GRANTED**, in part. Based on both the October 25, 2007 Joint Motion and the court's October 29, 2007 telephone status conference with the parties, the court hereby orders the following amended schedule:

1. Fact Discovery

   Fact Discovery will close on February 26, 2008.

2. Class Members

   No new class members may be added to this class action after February 26, 2008.

3. Close of All Discovery

   All Discovery will close on March 26, 2008.

4. Dispositive Motions

   The deadline for filing dispositive motions is July 7, 2008.

5. Pre-Trial Status Conference

A pre-trial status conference will be held via telephone on June 16, 2008 at 2 p.m. EST in preparation for trial.

6. Trial

A trial will be held during the week of July 7, 2008, beginning at 10 a.m. EST on Monday, July 7, 2008. The trial will be held at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**