# In the United States Court of Federal Claims

No. 04-710C
Filed: March 5, 2008

| | |
|---|---|
| JOHN FILOSA and SUSAN KEMBLE, on their own behalf and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**AMENDED SCHEDULING ORDER**

Defendant's February 25, 2008 Motion For Modification of Discovery Schedule is hereby **GRANTED**, in part. Based on both the Motion and the court's March 5, 2008 telephone status conference with the parties, the court hereby orders the following amended schedule:

1. <u>Close of All Discovery</u>

All Discovery will close on May 2, 2008.

2. <u>Dispositive Motions</u>

The deadline for filing dispositive motions is May 5, 2008.

In addition, the Clerk of the United States Court of Federal Claims is instructed to remove the trial dates for this case, originally scheduled for the week of July 7, 2008, off the court calender.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**