# Exhibit A

**U.S. Department of Justice**

Civil Division
Commercial Litigation Branch
Tel: (202)307-0315
Fax: (202)514-8624

TMH:RBIGLER
DJ No. 154-04-710

*Washington, D.C. 20530*

VIA E-MAIL

February 25, 2008

Fran L. Rudich, Esq.
Locks Law Firm, PLLC
110 East 55th Street
New York, NY 10022

Re: Filosa, et al. v. United States, Court of Federal Claims No. 04-710

Dear Fran:

As you know, on December 28, 2007, we served your clients with written discovery including document requests, interrogatories and requests for admissions in the above-referenced matter. While your clients' responses were due on January 31, 2008, as of the date of this letter we have received no response to our requests. Please forward responses to our requests to us immediately. If we do not receive your responses by March 7, 2008, we will be forced to file a motion to compel.

If you have any questions, please contact me.

Very truly yours,

Robert C. Bigler
Trial Attorney
Commercial Litigation Branch

cc: Kimberly D. Perkins

# Exhibit B

**Bigler, Robert (CIV)**

**From:** Fran Rudich [Frudich@LocksLawny.com]
**Sent:** Tuesday, March 25, 2008 2:53 PM
**To:** Bigler, Robert (CIV)
**Subject:** RE: Filosa - Mary Toll Deposition

Barbara Lesley is available on April 28th, as is Marilyn Phillips (also a Plaintiff) who lives nearby and could be deposed at the same place. This way we get 2 depositions in on the same day and at the same place and avoid having to travel.

Please let me know whether this is convenient for you.

Thanks

Fran L. Rudich | Locks Law Firm
110 East 55th Street | New York, NY 10022
(212) 838-3333 (Phone) | (212) 838-3735 (Fax)

-----Original Message-----
From: Bigler, Robert (CIV) [mailto:Robert.Bigler@usdoj.gov]
Sent: Tuesday, March 25, 2008 11:16 AM
To: Fran Rudich
Subject: RE: Filosa - Mary Toll Deposition

Why don't we just depose Barbara Lesley instead. Also, have you gotten a date for Amber Wingler?

Lastly, we still have not received a response to our discovery. As you know, plaintiffs' response is very late. We need the response and the documents ASAP and before Ms. Sitter's deposition this Friday.

Thanks,
Bob Bigler

-----Original Message-----
From: Fran Rudich [mailto:Frudich@LocksLawny.com]
Sent: Tuesday, March 25, 2008 11:03 AM
To: Bigler, Robert (CIV)
Subject: Filosa - Mary Toll Deposition

We finally spoke to Mary Toll who is available on 5/12 for deposition as close to her home in Libertyville, IL, as is possible. I understand that this is after the date that dispositive motions are to be filed, but she will be about of the country until the first week in May.

Should we go ahead with her deposition anyway?

Fran L. Rudich | Locks Law Firm
110 East 55th Street | New York, NY 10022
(212) 838-3333 (Phone) | (212) 838-3735 (Fax)

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.519 / Virus Database: 269.22.0/1341 - Release Date: