IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN FILOSA and SUSAN KEMBLE, on their own behalf and on behalf of all others similarly situated | ) | |
| Plaintiffs, | ) | No. 04-710C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S WITHDRAWAL OF MOTION TO COMPEL

Defendant, the United States, hereby respectfully requests that it be allowed to withdraw its Motion to Compel filed on April 2, 2008. Defendant's motion was based upon plaintiffs' failure to respond to written discovery propounded by the defendant. Since the motion was filed, plaintiffs have provided responses to defendant's written discovery and agreed to supplement the responses to correct deficiencies identified by the defendant. Therefore, defendant asks that its motion to compel be withdrawn.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Telephone: 202-307-0315
robert.bigler@usdoj.gov

Dated: April 7, 2008

Counsel for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of April 2008, a copy of the foregoing "DEFENDANT'S WITHDRAWAL OF MOTION TO COMPEL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler