# In the United States Court of Federal Claims

No. 04-710C
Filed: April 14, 2008

| | |
|---|---|
| JOHN FILOSA and SUSAN KEMBLE, on their own behalf and on behalf of all others similarly situated, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Defendant's April 7, 2008 Motion To Withdraw Motion To Compel is hereby granted. The clerk is ordered to remove Defendant's April 2, 2008 Motion To Compel (Dkt # 57).

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**