# In the United States Court of Federal Claims

No. 04-710C
Filed: May 5, 2008

| | |
|---|---|
| JOHN FILOSA and SUSAN KEMBLE, on their own behalf and on behalf of all others similarly situated, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## AMENDED SCHEDULING ORDER

For good cause shown, Defendant's May 1, 2008 Unopposed Motion For Modification Of Discovery Schedule is hereby granted. The discovery schedule is modified accordingly:

1. Close of All Discovery

   July 2, 2008.

2. Dispositive Motions

   The deadline for filing dispositive motions is July 18, 2008.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**