IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN FILOSA and SUSAN KEMBLE, on their own behalf and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | 04-710C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR
MODIFICATION OF DISCOVERY SCHEDULE

Pursuant to Rule 6(b) and Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), defendant respectfully requests that the Court modify the discovery deadlines ("discovery deadlines") established by the Court's March 5, 2008 scheduling order. The proposed schedule modifications are set forth below. This is the defendant's fifth motion for this purpose.[1] Prior to filing this motion,

[1] The original schedule established by the Court's order dated January 18, 2005 has been modified pursuant to three unopposed motions by plaintiffs (one of which did not seek the enlargement of all deadlines) and three unopposed motions by defendant, (one of which did not seek the enlargement of non-discovery deadlines). These motions were necessary because of: (1) the delays inherent in conducting nation-wide class certification discovery; (2) unanticipated delays in completing class certification discovery; and (3) difficulties in accommodating the schedules of third-party witnesses for depositions. In addition, the Court previously enlarged various discovery deadlines in orders dated July 26, 2006 and January 12, 2007. The Court also previously extended the discovery cut-off to October 29, 2007 in response to the parties' previous joint motion, which was granted in part. The

defendant's counsel attempted to contact Plaintiffs' counsel by telephone, but the telephone call was not returned. As a result, defendant is unable to state whether plaintiffs will oppose this motion.

As background, plaintiffs recently added an additional nineteen new plaintiffs to the action and despite the defendant obtaining a previous extension of the discovery period to depose some of these newly added plaintiffs, defendant has not been allowed to complete its discovery because of delays caused by plaintiffs.

Based upon the previous depositions of plaintiffs Mr. Filosa, Ms. Kemble and Ms. Sitter, it appears that policies regarding after hours work activity are set by local supervisors at individual duty stations. As a result, defendant intends to depose at least one additional plaintiff at each of the various work sites. Defendant previously deposed the lead plaintiffs, Mr. Filosa and Ms. Kimble, who are employed by the Hudson Valley VA facility in New York. In March 2008, defendant deposed plaintiff Monica Sitter who is employed by the VA facility in Madison, Wisconsin. Defendant previously coordinated with plaintiffs' counsel to attempt to schedule the depositions of plaintiffs at the two remaining VA facilities, North Chicago and Coatesville, Pennsylvania. Plaintiffs previously agreed to have

---

Court previously extended fact discovery to February 26, 2008 and the close of all discovery on March 26, 2008. The Court also previously extended the discovery period to May 2, 2008. After defendant's last motion, the Court extended the

plaintiffs Barbara Lesley and Marilyn Phillips, both of whom are employed by the North Chicago facility, deposed on April 10, 2008. The defendant made all arrangements to conduct these depositions including sending plaintiffs a deposition notice. However, plaintiffs' counsel sent an email to defendant's counsel at the end of the day on April 8th stating that neither of the witnesses were available and that the depositions would not go forward. Plaintiffs have not provided any alternate dates for these depositions and plaintiffs never provided an available date to depose a plaintiff employed by the Coatesville facility, despite repeated requests from the defendant in an effort to complete these depositions prior to the discovery cut-off. As a result, Defendant moved the Court to extend the discovery deadline to the current deadline of July 2, 2008, which the Court granted. Then on June 3, 2008, defendant sent plaintiff a letter asking that the plaintiff immediately provide dates to complete the depositions of the plaintiffs from the North Chicago and Coatesville, Pennsylvania facilities. Plaintiff did not respond to defendants request until June 26, 2008. Defendant then again identified a plaintiff located at the North Chicago facility and a plaintiff located at the Coatesville facility that it would like to depose. Defendant is still waiting to receive dates for these depositions from

---

discovery period to the current deadline of July 2, 2008.

plaintiff, but defendant hopes that these depositions can be completed within the next five weeks.

As a result, defendant requests that the discovery cut-off be extended to allow the defendant to complete these additional depositions.

Defendant, therefore, proposes the following modified schedule:

| | |
|---|---|
| Fact Discovery Cut-Off | August 15, 2008 |
| Close of All Discovery | August 15, 2008 |
| Dispositive Motions | September 12, 2008 |

Accordingly, defendant respectfully requests that the Court grant this motion to modify the deadlines in this case in accordance with the above schedule.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-0315

July 2, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of July 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR MODIFICATION OF DISCOVERY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

s/ Robert C. Bigler