# In the United States Court of Federal Claims

No. 04-710C
Filed: July 7, 2008

************************************

JOHN FILOSA and SUSAN KEMBLE, on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

************************************

**ORDER**

Defendant's July 2, 2008 Unopposed Motion For Modification of Discovery Schedule is hereby GRANTED. Based on the Motion, the court hereby orders the following amended schedule:

1. Fact Discovery Cut-Off

All Fact Discovery will close on August 15, 2008

2. Close of All Discovery

All Discovery will close on August 15, 2008.

2. Dispositive Motions

The deadline for filing dispositive motions is September 12, 2008.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**