# In the United States Court of Federal Claims

No. 04-710C
Filed: August 13, 2008

*************************************
JOHN FILOSA and SUSAN KEMBLE, on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

Defendant's August 12, 2008 Unopposed Motion For Modification of Discovery Schedule is hereby GRANTED. Based on the Motion, the court hereby orders the following amended schedule:

1. Fact Discovery Cut-Off

All Fact Discovery will close on October 31, 2008

2. Close of All Discovery

All Discovery will close on October 31, 2008

2. Dispositive Motions

The deadline for filing dispositive motions is November 21, 2008.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**